# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                               :   No. 659
                                     :
DESIGNATION OF CHAIR AND             :   CIVIL PROCEDURAL RULES DOCKET
VICE-CHAIR OF THE CIVIL              :
PROCEDURAL RULES COMMITTEE           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, David L. Kwass, Esquire, is hereby designated as Chair, and Johanna L. Gelb, Esquire, is designated as Vice-Chair, of the Civil Procedural Rules Committee, commencing June 30, 2017.